# In the United States District Court for the Southern District of Georgia
## Brunswick Division

KASANDRA PHILLIPS,

    Plaintiff,

v.

UNITED STATES OF AMERICA,

    Defendant.

2:23-CV-062

### ORDER

Before the Court is Plaintiff Kasandra Phillips's motion for entry of default. Dkt. No. 7. Therein, Plaintiff argues entry of default against the United States, pursuant to Federal Rule of Civil Procedure 55(a), is appropriate because more than twenty-one days have elapsed since Defendant was served on June 2, 2023 and no answer has been filed. Dkt. No. 7-1 at 1. Plaintiff fails to recognize, however, that the United States has sixty (60) days after service on the United States attorney to serve an answer to a complaint. Fed. R. Civ. P. 12(a)(2). Because the time period within which the United States may answer the complaint has not yet passed, Plaintiff's motion is **DENIED**.

**SO ORDERED**, this 14 day of July, 2023.

_____
HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA