**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION**

KASANDRA PHILLIPS,

     Plaintiff,

     v.

UNITED STATES OF AMERICA,

     Defendant.

CIVIL ACTION NO.: 2:23-cv-62

**O R D E R**

The parties filed a Consent Motion for Medical Examinations.  Doc. 27.  The parties explain a neurological and neuropsychological examination is necessary to determine the nature and extent of Plaintiff's alleged injuries, including traumatic brain injury and exacerbated migraines.  Id. at 2.  Plaintiff's injuries are in controversy in this lawsuit, and Defendant is unable to ascertain the extent and permanency of Plaintiff's injuries from the current medical records and deposition.  Id. at 3.  In accordance with Federal Rule of Civil Procedure 35, upon due consideration, and for good cause shown, the Court **GRANTS** the parties' Consent Motion for Medical Examinations.

Plaintiff shall submit to a medical examination by Dr. Adam Gerstenecker at 9:00 A.M. on July 12, 2024.  The examination will include an interview of Plaintiff regarding her medical history, current symptoms, functional limitations, and any ongoing neuropsychological symptoms; a review of medical and psychiatric records including prior neuropsychiatric evaluations; a neurostatus behavioral examination; and a range of neuropsychological assessments.  The examination will be limited to five hours in duration.

Plaintiff shall submit to a medical examination by Dr. Angela Shapshak at 2:00 P.M. on July 12, 2024.  The examination will include an interview of Plaintiff regarding her medical history, current symptoms, functional limitations, and any ongoing neurological or neuropsychiatric complaints; a review of symptoms, medications, medical records, imaging studies, and therapies; and a neurological examination.  The examination will be limited to two hours in duration.

Defendant shall reimburse Plaintiff for allowable travel expenses related to the medical examinations in accordance with Department of Justice policies.  Counsel for both parties will not be present during the medical examinations.  Both examinations will be conducted at the University of Alabama at Birmingham Kirklin Clinic, 2000 6th Avenue South, Birmingham, Alabama 35233.

**SO ORDERED**, this 3rd day of June, 2024.


BENJAMIN W. CHEESBRO
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA

2